FILED

FEB 1 4 2014

TE... L DISTRICT CLERK
U.S. Dis... COURT
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

IN RE:

SEARCH WARRANT                    MAGISTRATE NO. 2:14-mj-00014

SEALED MOTION TO SEAL
SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America by Erik S. Goes, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

1.    Order that the Application and Affidavit for Search Warrant, and all attachments thereto, be filed under seal until further order of this Court.   The reasons why the foregoing documents should be filed under seal include protection of the ongoing investigation,  and  specifically  to  prevent  the  movement  or destruction of the evidence which is alleged to be stored in a fully-operational vehicle, and the potential impact on parties if unproven criminal allegations are made public.

2.    There are no alternatives to sealing the entire Search Warrant because unsealing a redacted copy will not be sufficient to protect the integrity of the covert investigation if a redacted copy is unsealed.

3.    Order that this Motion be sealed.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney


s/Erik S. Goes
ERIK S. GOES
Assistant United States Attorney
WV State Bar No. 6893
300 Virginia Street, East
Room 4000
Charleston, West Virginia   25301
Telephone:   304-345-2200
Fax:   304-347-5705
E-mail: erik.goes@usdoj.gov