AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A black BMW, WV Registration 1JY401,<br>VIN #WBAPK5C58AA646568,<br>registered to Jennifer Allen | )<br>)<br>) Case No. 2:14-mj-00014<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___West Virginia___
*(identify the person or describe the property to be searched and give its location)*:

A black BMW, WV Registration 1JY401, VIN #WBAPK5C58AA646568, registered to Jennifer Allen at 13 Riverside Drive, South Charleston, WV 25303, which is described in Attachment A attached hereto.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___Feb 21, 2014___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Dwane L. Tinsley___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___2/14/14 3:05 PM___   _____
                                                *Judge's signature*

City and state:   ___Charleston, West Virginia___   ___Dwane L. Tinsley, United States Magistrate Judge___
                                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:14-mj-00014 | Date and time warrant executed: February 14, 2014 @ 1530 hrs | Copy of warrant and inventory left with: Jennifer Allen |
| Inventory made in the presence of: Jennifer Allen  Owen Morris - Charleston Police Dept | | |
| Inventory of the property taken and name of any person(s) seized: See Attached List of Items Seized | | |

FILED
FEB 18 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/18/2014

_Doug L. Dean_
Executing officer's signature

Douglas Dean - Special Agent
Printed name and title

## ATTACHMENT A

1. A black in color BMW, West Virginia registration 1JY401, VIN #WBAPK5C58AA646568. Registered to Jennifer Allen at 13 Riverside Drive, South Charleston, WV 25303. See attached photos.



BENNETT-00127


BENNETT-00125

# ATTACHMENT B

1. Books, records, receipts, notes, ledgers, and other papers relating to Reginald Bennett and or Ms. Allen and their involvement with firearms, ammunition, other storage units where the firearms may be stored.

2. Photographs, including still photos, negatives, video tapes, films, undeveloped film and the contents therein, slides, in particular photographs of co-conspirators, or firearms.

3. Address and/or telephone books, rolodex indices, electronic storage devices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers, and/or telex numbers of co-conspirators relating to the sale, disposal or trade of firearms.

4. Indicia of ownership of the vehicle described herein, including, but not limited to, rental, purchase, or lease agreements and keys.

5. Firearms and associated materials including, but not necessarily limited to, rifles, shotguns, semi-automatic rifles, pistols, revolvers, the frame or receiver of any such weapon, ammunition, clips/magazines, silencers, flash suppressors, tools, manuals, storage cases, receipts and other proofs of ownership, tripods, scopes, sights, and all other like property.

# List of items seized

United States Magistrate Number: 2:14-00014

1. One (1) Browning, .22 caliber Long Challenger II pistol, Serial Number: 6559W23227, loaded with .22 caliber ammunition
2. One (1) Taurus, model PT-25 pistol, Serial Number: DR122032, with one (1) loaded magazine
3. One (1) Smith & Wesson. ,38 caliber Air weight revolver, Serial Number: J882526, loaded with ammunition
4. One (1) Colt, Single Action Frontier, .22 caliber revolver, Serial Number: 1040A5
5. One (1) Colt, Single Action Frontier, .22 caliber revolver, Serial Number: 343765
6. One (1) loaded 9 millimeter pistol magazine
7. Two (2) boxes of .25 auto ammunition
8. One (1) box of "Mag Tech" .38 caliber ammunition
9. One (1) Ruger, model: M77 Mark II, 300 Winchester Magnum rifle, serial number: 785-36857, with scope

---

G. Robert Cunningham
ATF Special Agent